**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Alexis Hervert and Dustin Peavy, Defendants.

Intervening Parties: Jeannine and Richard De La Torre and Brian and Kristin Hervert

and

Jeannine Marie De La Torre and Richard Albert De La Torre, Respondents,

v.

Alexis Hervert, Dustin Peavy, and South Carolina Department of Social Services, Defendants.

Of whom Alexis Hervert is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000694

———————————

Appeal From Horry County
Jan B. Bromell Holmes, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-301

Submitted August 28, 2024 – Filed August 29, 2024

---

**AFFIRMED**

---

Adam Sinclair Ruffin, of Ruffin Law Firm, LLC, of Columbia, for Appellant.

James Fletcher Thompson, of Thompson Dove Law Group, LLC, of Spartanburg, for Respondents Jeannine Marie De La Torre and Richard Albert De La Torre.

Lucas Marion Oates, of Conway, for Respondent South Carolina Department of Social Services.

Michael Julius Schwartz, of Russell B. Long, PA, of Myrtle Beach, for the Guardian ad Litem.

---

**PER CURIAM:** Alexis Hervert appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hervert's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.